## Commonwealth ex rel. Beras, Appellant, v. Myers.

Submitted September 13, 1965. *Epifanio Beras,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Branam, Appellant, v. Myers.

Submitted September 13, 1965. *James E. Branam,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Broadus, Appellant, v. Russell.

Submitted September 13, 1965. *Leon Broadus,* appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.